NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, CA  94105
     Telephone:  (415) 977-8945
     Facsimile:  (415) 744-0134
     E-Mail:  Jennifer.A.Kenney@ssa.gov
Attorneys for Defendant Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STEPHANIE DIANE JORDAN,<br><br>Plaintiff,<br><br>   v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br> Defendant. | ) Case No.: 2:20-cv-02512-SHK<br>)<br>) [~~PROPOSED~~] ORDER FOR<br>) VOLUNTARY REMAND<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     Based upon the parties' Stipulation to Voluntary Remand Pursuant to

Sentence Four of <u>42 U.S.C. § 405(g)</u> ("Stipulation to Voluntary Remand"), IT IS

ORDERED that this case is remanded to Defendant for further proceedings

consistent with the terms of the Stipulation to Remand.

Dated:   9/11/20

                               HON. SHASHI H. KEWALRAMANI
                               UNITED STATES MAGISTRATE JUDGE