**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE DIANE JORDAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:20-cv-02512-SHK<br><br>{~~PROPOSED~~} AMENDED ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Amended Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,600.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Amended Stipulation. The order issued on October 27, 2020 is set aside.

DATE:   11/5/2020

　　　　　　　　　　　　_____
　　　　　　　　　　　　THE HONORABLE SHASHI KEWALRAMANI
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-